34353, 34354. ROWE *v.* JOHNSON; and *vice versa.*

WORRILL, J. 1. An order sustaining certain special demurrers to the petition and limiting the action to one arising ex contractu, which left the suit pending in the lower court, was not a final judgment from which a direct bill of exceptions would lie. *Harrell* v. *Southern Ry. Co.,* 13 *Ga. App.* 409 (79 S. E. 240); *Woodland* v. *Woodland,* 33 *Ga. App.* 167 (125 S. E. 732); *Joyner* v. *Hamilton,* 79 *Ga. App.* 106 (53 S. E. 2d 133); *Fickett* v. *Fuller,* 171 *Ga.* 190 (154 S. E. 784). The main bill of exceptions was, therefore prematurely sued out, and must be dismissed.

2. Where the cross-bill of exceptions was not tendered within twenty days from the date of the order complained of, even though such order would have been a final order had it been rendered as contended by the plaintiff in error in such cross-bill, but was tendered within the time allowed by law for cross-bills of exceptions, it came too late to be treated as a main bill of exceptions, and since the main bill of exceptions has been dismissed, the cross-bill must likewise be dismissed. *Perdue* v. *Anderson,* 137 *Ga.* 512 (2) (73 S. E. 1050).

*Main bill and cross-bill of exceptions dismissed. Sutton, C. J., and Felton, J., concur.*

DECIDED APRIL 22, 1953—REHEARING DENIED MAY 13, 1953.

*John Henry Poole,* for plaintiff in error.
*John T. Ferguson,* contra.